**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01792-RPM

SHANNON BOURGEAULT, formerly known as SHANNON CHAPMAN,

    Plaintiff,

v.

PUEBLO COUNTY, COLORADO, by and through THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO,

    Defendant.

_____

**ORDER RE:
UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order. The Court being fully advised hereby Orders:

The following deadlines are extended:

**7(b). Discovery Cut-off:** October 29, 2012.

**7(c). Dispositive Motion Deadline**: November 29, 2012.

**7(d). Expert witness Disclosures:**

    3. The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before <u>August 30, 2012.</u>

    4. The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or

before <u>October 1, 2012</u>.

5. Any rebuttal opinions will be exchanged on or before <u>October 15, 2012.</u>

DATED this 27th day of June, 2012.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge