**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01792-RPM

SHANNON BOURGEAULT, formerly known as SHANNON CHAPMAN,

    Plaintiff,

v.

PUEBLO COUNTY, COLORADO, by and through THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**
_____

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Unopposed Motion to Amend Scheduling Order to Extend Dispositive Motion Deadline, and being fully advised in the premises, the Court hereby

**ORDERS** that the Unopposed Motion to Amend Scheduling Order to Extend Dispositive Motion Deadline is GRANTED. Defendant has up to and including December 7, 2012 in which to file its dispositive motion.

**DATED** this 20th day of November, 2012.

                BY THE COURT:

                s/Richard P. Matsch

                Richard P. Matsch, Senior Judge
                United States District Court