# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01792-RPM

SHANNON BOURGEAULT, formerly known as SHANNON CHAPMAN,

    Plaintiff,

v.

PUEBLO COUNTY, COLORADO, by and through
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order, signed by Senior District Judge Richard P. Matsch on June 7, 2013, it is

ORDERED that Defendant's Motion for Summary Judgment [31], is granted, dismissing Plaintiff's First, Second and Third Claims for Relief with prejudice, and that Plaintiff's Fourth and Fifth Claims for Relief are dismissed without prejudice for lack of jurisdiction. It is

FURTHER ORDERED that defendant Pueblo County Colorado, by and through the Board of County Commissioners of the County of Pueblo, shall have its costs by the filing of a Bill of Cost with the Clerk of this Court within 14 days of entry of judgment. It is

FURTHER ORDERED that the Complaint and this civil action are dismissed.

DATED: June 7th, 2013

                              FOR THE COURT:
                              Jeffrey P. Colwell, Clerk

                                  s/ J. Chris Smith
                            By _____
                                  Deputy Clerk