# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01792-RPM

SHANNON BOURGEAULT, formerly known as SHANNON CHAPMAN,

    Plaintiff,

v.

PUEBLO COUNTY, COLORADO, by and through
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO,

    Defendant.

_____

## ORDER GRANTING MOTION TO WITHDRAW
_____

    The Court having now dismissed this civil action by an Order granting the defendant's motion for summary judgment, it is now

    ORDERED that the motion to withdraw filed by William S. Finger, on May 29, 2013, is granted.

    DATED: June 7th, 2013

                                                   BY THE COURT:

                                                   s/ Richard P. Matsch
                                                   _____
                                                   Richard P. Matsch, Senior District Judge